[No. 23362-2-II.    Division Two.    January 21, 2000.]

RAY JOHNSON, ET AL., *Appellants*, v. EXPRESS RENT & OWN, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-06682-1, John Arthur McCarthy, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 23735-1-II.    Division Two.    January 21, 2000.]

DAVE GIBBONS, *Appellant*, v. MIKE GIBBONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00069-1, Christine A. Pomeroy, J., entered August 14, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23808-0-II.    Division Two.    January 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL ANN DURRIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01153-0, James Eldo Rulli, J., entered August 30, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23844-6-II.    Division Two.    January 21, 2000.]

ALLEN ASHBY, ET AL., *Respondents*, v. MICHAEL MANN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-2-00877-3, Toni A. Sheldon, J., entered August 17, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.